Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation    :    1:06-md-1789 (JFK)
                                                    :
-----------------------------------------------------x
*This Document Relates to:*                 :    **NOTICE OF APPEARANCE**
Tammy Carr                                      :
v. Merck & Co., Inc.                          :
                                                    :
Case No: 1:08-cv-4203-JFK                 :
-----------------------------------------------------x

    PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: June 5, 2008
    New York, New York                                      Respectfully submitted,


                                                               By:           /s/          
                                                                        David J. Heubeck


                                                         Venable LLP
                                                         750 E. Pratt Street
                                                         Suite 900
                                                         Baltimore, MD 21202
                                                         Tel:  (410) 244-7731
                                                         Fax:  (410) 244-7742
                                                         Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                    /s/
                                David J. Heubeck


                                Venable LLP
                                750 E. Pratt Street
                                Suite 900
                                Baltimore, MD 21202
                                Tel:  (410) 244-7731
                                Fax:  (410) 244-7742
                                Email: djheubeck@venable.com